UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ULRICH ROMARIC KOCOU FIOSSI, | § | |
| *Plaintiff*, | § | |
| v. | § | Civil Action No. 3:26-CV-2230-X-BN |
| UNITED STATES OF AMERICA, | § | |
| *Defendant*. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Ulrich Romaric Kocou Fiossi filed a *pro se* complaint against the United States. He brought two claims under the Federal Tort Claims Act. The Government moved to dismiss the case. Fiossi did not respond to the motion to dismiss. The United States Magistrate Judge made findings, conclusions, and recommendations (FCR) in this case. Fiossi filed objections.

The Court reviewed *de novo* those portions of the FCR to which Fiossi objected,[1] **OVERRULES** each of Fiossi's objections,[2] and **ACCEPTS** the relevant portions of the FCR. The Court reviewed the remaining portions of the FCR for plain error and found none. Accordingly, the Court **ACCEPTS** and **ADOPTS** the unobjected-to portions of the FCR.

---

[1] 28 U.S.C. § 636(b)(1).

[2] Fiossi objected that the FCR's opening paragraph mistakenly identified an event occurring on July 6 rather than on July 7. Doc. 13 at 2. This appears to be a typographical error, as the FCR's actual analysis uses the correct July 7 date. Doc. 12 at 4. Either way, the July 6 or 7 date does not implicate the statute of limitations, a jurisdictional prerequisite, or have any other material effect on this case. It was therefore harmless error to use the July 6 date in the opening paragraph.

Fiossi objects to the FCR's recommendation that the Court dismiss the case with prejudice.[3] The FCR found that "because the central factual premise of the complaint is frivolous and cannot be cured through further factual pleading, leave to amend is unwarranted."[4] The Court agrees. "[A] district court need not grant a futile motion to amend."[5] Fiossi alleges that an unidentified, tortfeasing H-E-B security guard actually worked for either the Department of Defense, National Security Agency, or Federal Bureau of Investigation.[6] This is the sort of fanciful, fantastic, and delusional allegation that the Supreme Court categorizes as factually frivolous.[7] The Court finds that any attempt to amend the complaint would be futile. Therefore, the Court **DENIES** Fiossi's request for leave to amend.

The Court **DISMISSES WITH PREJUDICE** Fiossi's claims. The Clerk of the Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED** this 10th day of November, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

[3] Doc. 13 at 4–5, 7–8.

[4] Doc. 12 at 5.

[5] *Wiggins v. Louisiana State Univ.-Health Care Servs. Div.*, 710 F. App'x 625, 627 (5th Cir. 2017).

[6] Doc. 3 at 4, 18.

[7] *See Denton v. Hernandez*, 504 U.S. 25, 33 (1992).